USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 8/10/2023

# RONALD B. McGUIRE, ESQ.
*Member of the New York Bar*

---

| | |
|---|---|
| 119 West 23rd Street - Suite 900 | PHONE: (608) 632-6217 |
| New York, N.Y.  10011-6342 | FAX: (877) 460-2295 (not for service) |
| | eMAIL:  mcguire.legal@gmail.com |

August 9, 2023

**BY CM/ECF and eMail to ALCarterNYSDChambers@nysd.uscourts.gov**
Hon. Andrew L. Carter, Jr., U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, NY  10007-1312


Re:   <u>Patricia Gatling-Brooks v. Liberty Mutual, etc., et. al</u>
       1:22-CV-08979 (ALC)(KHP)
       Request To Extend Time To File Amended Complaint

Your Honor:

    Delmas Costin and I represent the Plaintiff in this lawsuit alleging discrimination, retaliation and unfair labor practices under Title VII and the Human Rights Laws of New York State and New York City. I write to respectfully request that the Court extend the time for Plaintiff to file an amended complaint by two business days from August 11, 2023 until Tuesday August 15, 2023 with Defendants' response due on September 19, 2023. Defendants' counsel, William Anthony, consents to this request. This is Plaintiff's fifth request to extend the time to file the amended complaint. The Court granted Plaintiff's last request on July 24, 2023 [Doc. No. 33].

    This request was made because two unforeseen personal emergencies.

    We appreciate the courtesy and consideration of Defendants in consenting to this request and respectfully ask the Court to grant this request to extend the time for Plaintiff to file her amended complaint two business days until August 15, 2023 with Defendants' response due on September 19,2023.

                                  Respectfully yours,

                                    Ronald B. McGuire

cc (by CM/ECF and eMail):
William J. Anthony, Esq.
Merlie P. Blaise, Esq.
Delmas A. Costin, Esq.

SO ORDERED:
*/s/ Andrew L. Carter, Jr.*
HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE
8/10/2023