UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------- x
: 
**PATRICIA GATLING-BROOKS,** :
:
           **Plaintiff,** :
:
           -against- :     22-cv-8979 (ALC)
:
**LIBERTY MUTUAL INSURANCE CO., ET** :     <u>**ORDER**</u>
**AL.,** :
:
           **Defendants.** :
:
:
------------------------------------------------------- x

**ANDREW L. CARTER, JR., United States District Judge:**

    As indicated by the Court's May 12, 2023 Order (ECF No. 26), Defendant's pending partial motion to dismiss and transfer venue (ECF No. 22) is deemed moot upon Plaintiff's filing of a first amended complaint on August 15, 2023 (ECF No. 36) and second amended complaint on September 14, 2023 (ECF No. 40).

    The Clerk of the Court is directed to close the open motion at ECF No. 22.

    The Court will conduct a telephone status conference in this action on **April 10, 2024 at 2:00 p.m. Eastern Time**. The Parties should contact the Court at 1-888-363-4749 (Conference Code: 3768660) on the date and time specified above.

**SO ORDERED.**

**Dated:**    **March 31, 2024**
              **New York, New York**

                                                        **ANDREW L. CARTER, JR.**
                                                        **United States District Judge**