UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------- x

**PATRICIA GATLING-BROOKS,**

                          **Plaintiff,**

           -against-

**LIBERTY MUTUAL INSURANCE CO., et al.,**

                          **Defendants.**

---------------------------------------------------------- x

1:22-cv-08979 (ALC)

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

      The Court is in receipt of Defendants' request for a pre-motion conference in relation to their anticipated motion to dismiss. ECF No. 87. Defendants' request for a pre-motion conference is **DENIED**. Defendants are **GRANTED** leave to file a motion to dismiss. Unless the Parties jointly submit an alternative, the Court sets the following briefing schedule:

    Defendants' opening brief due by **April 9, 2025**

    Plaintiff's opposition brief due by **April 30, 2025**

    Defendants' reply brief due by **May 14, 2025**

**SO ORDERED.**

Dated:   **March 18, 2025**
             **New York, New York**

                                             **ANDREW L. CARTER, JR.**
                                             **United States District Judge**