USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 12/2/25

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------ x

   **PATRICIA GATLING-BROOKS,**

                             **Plaintiff,**

       **-against-**

   **LIBERTY MUTUAL INSURANCE CO., et al.,**

                   **Defendants.**

------------------------------------------------------------ x

     **1:22-cv-08979 (ALC)**

     **ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

On December 1, 2025, Plaintiff filed a letter motion with the Court requesting leave to file a fifth amended complaint to add a new charge of retaliation. ECF No. 109. Defendants are ordered to respond indicating their position by **December 4, 2025.**

**SO ORDERED.**

**Dated:**   **December 2, 2025**
       **New York, New York**

                                        **ANDREW L. CARTER, JR.**
                                        **United States District Judge**