USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __12/9/25_____

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------ x

PATRICIA GATLING-BROOKS,

                                 Plaintiff,

                -against-

LIBERTY MUTUAL INSURANCE CO., et al.,

                           Defendants.

------------------------------------------------------------ x

         1:22-cv-08979 (ALC)

         **ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

The Court is in receipt of Defendants' motion to dismiss Plaintiff's complaint (ECF No. 100) as well as Plaintiff's opposition (ECF No. 106) and Defendants' reply (ECF No. 107). On December 1, 2025, Plaintiff filed a letter motion with the Court requesting leave to file a fifth amended complaint to include a new claim of retaliation. ECF No. 109. Specifically, Plaintiff states she was terminated by Defendants since the filing of the Fourth Amended Complaint on January 21, 2025. Defendants oppose Plaintiff's request to file a fifth amended complaint, arguing Plaintiff should have made such a request earlier prior to the parties fully briefing a motion to dismiss. ECF No. 111. Defendants ask that the Court decide the motion to dismiss prior to deciding whether to allow Plaintiff to amend her complaint. *Id*.

For the sake of judicial efficiency and avoiding piece-meal litigation, the Court finds it would be more efficient to issue a decision on a motion to dismiss once the operative complaint contains all potential claims the Plaintiff plans to pursue in this matter. As such, Plaintiff's request to file a fifth amended complaint by **December 31, 2025** is **GRANTED.** Accordingly, Defendants' motion to dismiss is **DENIED** without prejudice with leave to refile once Plaintiff files the Fifth Amended Complaint.

Once the amended complaint is filed, Defendants do not have to move for another pre-motion conference with this Court. Rather, the parties should submit a joint status report by **January 9, 2025.** In the report, the parties should indicate whether they are interested in this case being referred for mediation or settlement. If not, Defendants should indicate whether they still intend to move to dismiss the Fifth Amended Complaint, and if so, the parties should submit a proposed briefing schedule for the motion to dismiss.

The Clerk of Court is respectfully directed to terminate the pending motions at ECF Nos. 92, 100, and 109.

**SO ORDERED.**

**Dated:**   **December 9, 2025**
        **New York, New York**

**ANDREW L. CARTER, JR.**
**United States District Judge**