January 9, 2026

**Via ECF**
Hon. Andrew L. Carter, Jr.
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

        Re: Patricia Gatling-Brooks v. Liberty Mutual, et al. 22-CV-08979 (ALC)(KHP)

Dear Judge Carter:

    The parties submit this joint letter pursuant to the Court's order dated December 9, 2025 (ECF No. 112). The parties discussed the status of the case this week. Defendants expressed their intent to file a motion to dismiss the Fifth Amended Complaint. However, the parties accept the Court's offer and respectfully request that this case be referred for mediation as soon as practicable by the Court. Thank you for the consideration of this request.

                Respectfully submitted,

*/s/ Delmas A. Costin, Jr.*                */s/ William J. Anthony, Esq.*
for Plaintiff                                  for Defendants