

Littler Mendelson, P.C.
900 Third Avenue
New York, New York 10022.3298

William J. Anthony
Shareholder
212.471.4404 direct
212.583.9600 main
wanthony@littler.com

May 21, 2025

**VIA ECF**

Hon. Andrew L. Carter, Jr.
U.S. District Court
Southern District of New York
40 Foley Square, Room 435
New York, NY 10007

Re:    *Gatling-Brooks v. Liberty Mutual Insurance Co., et al.*,
       <u>**No. 1:22-cv-08979 (ALC)**</u>

Dear Judge Carter:

We write on behalf of Defendants pursuant to the Court's January 13, 2026 Order referring this matter to mediation and directing the parties to submit a joint status report following mediation.

Mediation has not yet occurred due to two adjournment requests by Plaintiff's counsel. The parties were initially scheduled to participate in mediation on March 30, 2026. On March 23, 2026, Plaintiff's counsel requested an adjournment due to the passing of Plaintiff's mother. In light of those circumstances, Defendants consented to reschedule the mediation, and the mediation was adjourned to May 21, 2026.

On May 18, 2026, Plaintiff's counsel again requested an adjournment of the mediation. The parties are currently scheduled to proceed with mediation on June 22, 2026.

The parties will promptly update the Court following the mediation.

Respectfully submitted,

William J. Anthony

cc:    Attorney for Plaintiff, Delmas Costin, via ECF