

Littler Mendelson, P.C.
900 Third Avenue
New York, New York 10022.3298

MEMO ENDORSED

William J. Anthony
Shareholder
212.471.4404 direct
212.583.9600 main
wanthony@littler.com

July 14, 2026

**VIA ECF**

Hon. Andrew L. Carter, Jr.
U.S. District Court
Southern District of New York
40 Foley Square, Room 435
New York, NY 10007

**Re:**   *Gatling-Brooks v. Liberty Mutual Insurance Co., et al.*,
          **No. 1:22-cv-08979 (ALC)**

Dear Judge Carter:

We write on behalf of Defendants pursuant to the Court's January 13, 2026 Order referring this matter to mediation and directing the parties to submit a joint status report following mediation.

Mediation in this matter did not occur initially as scheduled due to two adjournment requests by Plaintiff's counsel. The parties were first scheduled to participate in mediation on March 30, 2026. On March 23, 2026, Plaintiff requested an adjournment and Defendants consented to reschedule the mediation. The mediation was thereafter adjourned to May 21, 2026. On May 18, 2026, Plaintiff requested a second adjournment. As a result of these adjournments, the mediation was ultimately held on June 22, 2026.

The parties participated in mediation on June 22, 2026. While the mediation was conducted in good faith, it did not result in a resolution of this matter.

In light of the foregoing, Defendants intend to move to dismiss the Fifth Amended Complaint. The parties have conferred and respectfully propose the following briefing schedule:

- Defendants' Motion to Dismiss: August 6, 2026

- Plaintiff's Opposition: September 4, 2026

- Defendants' Reply: September 18, 2026

Hon. Andrew L. Carter, Jr.
July 14, 2026
Page 2

       The parties respectfully request that the Court so order the proposed schedule.

Respectfully submitted,

William J. Anthony
H. Keith Belfield

cc:    Attorney for Plaintiff, Delmas Costin, via ECF

July 16, 2026

SO ORDERED:

HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE