**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------- x

**PATRICIA GATLING-BROOKS,**

**Plaintiff,**

**-against-**

**LIBERTY MUTUAL INSURANCE CO., et al.,**

**Defendants.**

---------------------------------------------------------- x

**1:22-cv-08979 (ALC)**

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

Plaintiff's Fifth Amended Complaint references a Title VII right-to-sue letter issued in July 2022 and an ADA right-to-sue letter in February 2024. As both parties discuss the complaints underlying these right-to-sue letters but have not attached the complaints to their briefings, the Court hereby **ORDERS** the parties to submit one copy of each of these complaints to the Court by **November 24, 2026.**

**SO ORDERED.**

**Dated:** **November 18, 2026**
**New York, New York**

**ANDREW L. CARTER, JR.**
**United States District Judge**